UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO.: 2:22-cr-11-SPC-KCD

JAVONTE KEYON WHITFIELD
_____

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 131). Now that Defendant has been adjudicated guilty, the Government seeks a final order forfeiting his interest in **a North China Industries (NORINCO) firearm (S/N 10221865A), approximately 12 rounds of JSC Barnaul Machine Tool ammunition, and approximately four rounds of Federal State Enterprises Vympel (Golden Tiger) ammunition**, which were subject to a May 26, 2023 Preliminary Order of Forfeiture. (Doc. 124).

Although the Government gave proper notice, no third parties have petitioned for or claimed an interest in **the North China Industries (NORINCO) firearm (S/N 10221865A), approximately 12 rounds of JSC Barnaul Machine Tool ammunition, and approximately four rounds of Federal State Enterprises Vympel (Golden Tiger) ammunition**, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the **North China Industries (NORINCO) firearm (S/N**

**10221865A), approximately 12 rounds of JSC Barnaul Machine Tool ammunition, and approximately four rounds of Federal State Enterprises Vympel (Golden Tiger) ammunition**, to the Government.

Accordingly, it is

**ORDERED**:

The United States' Motion for Final Order of Forfeiture (Doc. 131) is **GRANTED**.

1. Defendant's interest in the **North China Industries (NORINCO) firearm (S/N 10221865A), approximately 12 rounds of JSC Barnaul Machine Tool ammunition, and approximately four rounds of Federal State Enterprises Vympel (Golden Tiger) ammunition** is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on August 16, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record